IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST SAINT LOUIS DIVISION

| | | |
|---|---|---|
| BYRON FLEMING, | ) | |
| | ) | |
| Plaintiff, | ) | 10-622-MJR-SCW |
| | ) | |
| vs. | ) | |
| | ) | |
| NCO FINANCIAL SYSTEMS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF SETTLEMENT

Plaintiff hereby informs the Court that the parties have reached a settlement in principle, but require additional time to memorialize the settlement in writing. The parties hope and expect to have finalized the settlement by September 26, 2011 and anticipate filing a stipulation to dismiss pursuant to Fed.R.Civ.P. 41 by that date.

Respectfully Submitted,

s/Francis R. Greene
Francis R. Greene

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Francis R. Greene
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

1

## CERTIFICATE OF SERVICE

      I, Francis R. Greene, hereby certify that on August 26, 2011, I caused to be filed the foregoing document via the CM/ECF System, which caused to be sent notification of such filing to the following parties via electronic mail:

James K. Schultz
jschultz@sessions-law.biz

Nicole M. Barrett
nbarrett@sessions-law.biz

                                                          s/Francis R. Greene
                                                          Francis R. Greene

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Francis R. Greene
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)