# United States District Court
for the
Southern District of Illinois

| | |
|---|---|
| BYRON FLEMING, ) | |
| ) | |
| Plaintiff, ) | Case Number: 10-cv-0622-MJR |
| ) | |
| v. ) | |
| ) | |
| NCO FINANCIAL SYSTEMS, INC., ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT IN A CIVIL ACTION

This cause of action is dismissed with prejudice as a result of the parties settlement. Each party shall bear his or its own costs, unless otherwise provided in the settlement documents.

Dated: November 3, 2011

NANCY J. ROSENSTENGEL, Clerk

s/ Debbie DeRousse
Deputy Clerk

Approved: _/s/ M. Reagan_
Michael J. Reagan, U.S. District Judge